No. 172. SCHUERMANN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney* and *Ellis N. Slack* for the United States.

No. 195. MARYLAND & VIRGINIA MILK PRODUCERS ASSN., INC. ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *William E. Leahy, Elwood H. Seal, William J. Hughes, Jr., John J. Wilson, Samuel O. Clark, Jr., W. Gwynn Gardiner, John F. Hillyard, Elisha Hanson, Arthur B. Hanson* and *William Blum, Jr.* for petitioners. *George T. Washington,* then Acting Solicitor General, *Assistant Attorney General Bergson* and *Richard E. Guggenheim* for the United States. *Seward A. Miller* and *Marion R. Garstang* filed a brief for the National Cooperative Milk Producers Federation, as *amicus curiae,* supporting the petition.

No. 205. ANDREWS *v.* HAMILTON COUNTY HOSPITAL ET AL. Supreme Court of Indiana. Certiorari denied. *Robert G. Seaks* for petitioner. *Albert Stump* for respondents.

No. 207. PRINCIPALE *v.* GENERAL PUBLIC UTILITIES CORP. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 210. AUBURN SAVINGS BANK ET AL. *v.* PORTLAND RAILROAD CO. ET AL. Supreme Judicial Court of Maine. Certiorari denied. MR. JUSTICE DOUGLAS took no part